# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **BEST RING, LLC, FESTIVAL CONTROL SYSTEMS PROCESSING, LLC,** § § § § | |
| **Plaintiff,** § | |
| § | **CIVIL NO. W-22-CV-00766-ADA-DTG** |
| v. § § | |
| **RONIN POS, LLC, MARC BARRY, KEVIN BOSQUEZ,** § § § | |
| **Defendants.** § | |

## CLAIM CONSTRUCTION ORDER

Before the Court are the Parties' claim construction briefs: Defendants Ronin POS, LLC, Marc Barry, and Kevin Bosquez's ("Defendants") Opening and Reply briefs (ECF No. 44 and 47, respectively), Plaintiff Best Ring, LC, Festival Control Systems Processing, LLC's ("Plaintiffs") Response and Sur-Reply briefs (ECF No. 45 and 48, respectively), and the Parties' Joint Claim Construction Statement (ECF No. 49). The Court considered the Parties' briefs and provided preliminary constructions on April 27, 2023 in advance of the *Markman* hearing. A *Markman* hearing was scheduled on April 28, 2022 but cancelled after the parties agreed a hearing was not needed given the preliminary constructions. The Court issues this Order to memorialize the Court's final claim construction rulings for the parties, and to inform the parties that the Court is will issue a more-detailed Memorandum explaining its analysis in due course. The deadline to file any objections to the undersigned's claim construction rulings (pursuant to Federal Rules of Civil Procedure 59 and 72) do not need to be filed until 14 days after that more fulsome Order is entered upon the docket.

**SIGNED** this 27th day of April, 2023.

_____
Derek T. Gilliland
United States Magistrate Judge

# THE COURT'S FINAL CLAIM CONSTRUCTIONS

| US Patent No. 10,854,049 HARDENED REMOTE POINT OF SALE TERMINAL ||||
|---|---|---|---|
| **Claim Term** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** | **Court's Preliminary Construction** |
| "adaptable railing system" (Claim 1) | A railing system that provides tilt for user viewing  Alternatively:  Plain and ordinary meaning | Indefinite  Alternatively:  Two or more rails attached to the hardened enclosure | Plain and Ordinary Meaning. |
| "handle grips" (Claim 1) | Gripping structures | Plain and ordinary meaning | Plain and ordinary meaning. |

| US Patent No. 10,896,425 DEDICATED POINT OF SALE OVER AN INTERMITTENT NETWORK ||||
|---|---|---|---|
| **Claim Term** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** | **Court's Preliminary Construction** |
| "water-resistant and heat-resistant casing" (Claim 1) | Plain and ordinary meaning | Indefinite  Alternatively:  A casing specifically designed to resist penetration by water and heat | Plain and ordinary meaning. |

| US Patent No. 11,361,322 DYNAMIC POINT OF SALE ('POS') TRANSACTION PROCESSING FOR NETWORKED DEVICES ||||
|---|---|---|---|
| **Claim Term** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** | **Court's Preliminary Construction** |
| "local event environment server" (Claims 6, 12) | Plain and ordinary meaning | Indefinite<br><br>Alternatively:<br><br>A local server located at the event that maintains connection with a local access point to backup and store the contents of the dedicated mobile computing device | Plain and ordinary meaning, where the "server" is the "local backup server" |

The parties also agree that the term "customer relationship management" should have its plain and ordinary meaning (ECF No. 47 at 1) and the Court agrees.